## 52517. WILLIAMSON v. CITY OF TALLAPOOSA.

SMITH, Judge.

The decision of the Court of Appeals in this case (*Williamson v. City of Tallapoosa,* 139 Ga. App. 828 (229 SE2d 771)) having been reversed by the Supreme Court (238 Ga. 522 (233 SE2d 777)), our decision is herewith vacated and the judgment of the Superior Court of Haralson County is reversed.

*Judgment reversed. Marshall and McMurray, JJ., concur.*

DECIDED MAY 19, 1977.

*Millard C. Farmer, Jr.,* for appellant.
*Howe & Sutton, Donald B. Howe, Jr.,* for appellee.

## 53437. CLARK v. THE STATE.

McMURRAY, Judge.

Defendant was tried and convicted, together with Lorenzo Freeman whose case has been reversed in 142 Ga. App. 293. The same reversible error as that found in *Freeman* is raised here. That is, that the trial court refused to re-charge the jury on a particular point on which they had requested further instructions. Accordingly, this case is controlled by the *Freeman* case, supra.

*Judgment reversed. Bell, C. J., and Smith, J., concur.*

SUBMITTED JANUARY 31, 1977 — DECIDED MAY 19, 1977.

*Nicholson, Fleming & Blanchard, Chris G. Nicholson,* for appellant.
Grover Clark, *pro se.*
*Richard E. Allen, District Attorney, Stephen E. Curry, Assistant District Attorney,* for appellee.